ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

~~SAMPLE~~
~~DO NOT SUBMIT THIS~~
~~FORM TO THE COURT~~

Sorry to use this form. they want to search and remove me.

---------------------------------------X

[Your Name], MARIE L BANKS

　　　　　Plaintiff,

- against -

Bedford Stuyvesant Army
S.S and
Postal Supervisor & staff
[Insert Names],
　　　　　Defendants.

---------------------------------------X

CV-15 4135

COMPLAINT

Jury Trial Demanded

RECEIVED
JUL 13 2015
PRO SE OFFICE

GLEESON, J.
SCANLON, M.J.

I.  Parties:

　　Plaintiff Marie L Banks resides at 194 Malcolm x Blvard Apt B3 Brooklyn N.Y. 11221

　　Defendant Bedford-Stuyvesant Army, resides at _____

　　Defendant Postal supervisor & staff, resides at Broadway Brooklyn NY 11221

II.  The jurisdiction of the Court is invoked pursuant to Stealing U.S. Government mail - Genocide By Haitian - 24/7 Harassment - Stagging Kidnapping with National Grid - Illegal search & robbery - Boo Boo Trap -

III.  Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the date of each relevant event, a description of what occurred and how each defendant named was involved in the claim] Postal supervisor stole several U.S. Government mail, send to me by certified mail, stole motor vehicule Identification, Credit card, SSI letter and have community to harass me telling she is a drug dealer on I.D. Thief

IV.  Remedy. State what relief, such as money damages, you seek from each defendant
3,000 millions of dollars
Please Have the Post office returned my naturalization paper - my motor vehicule I.D. For Sell in the Haitian black market
I witnessed the I.D. sellers are connected with ~~H~~ white man, I was told on the Bus Q24 (The Bus have recorder and camera)

July 13, 2015
Date

Marie L Banks Gervais
Sign Your Name

347-798-5224
Telephone Number



**Department of Public Service**

90 Church Street, New York, NY 10007-2919
www.dps.ny.gov

**Public Service Commission**
Audrey Zibelman, Chair

Patricia L. Acampora, Commissioner
Gregg C. Sayre, Commissioner
Diane X. Burman, Commissioner

**Kimberly A. Harriman,** General Counsel
**Kathleen H. Burgess,** Secretary

July 9, 2015

Ms. Marie L Banks-Gervais
194 Malcolm X Blvd Apt B3
Brooklyn, NY 11221

Dear Ms. Banks-Gervais:

Your case number is: 524755

    This letter acknowledges your recent contact with our Office of Consumer Services regarding your concern with National Grid - Metro Ny and to advise you of the process by which this matter will be addressed.

    Since National Grid - Metro Ny did not previously resolve this matter to your satisfaction, **we have escalated your concern to senior staff at the company.** We directed them to contact you and resolve the matter you brought to our attention. By the time you receive this letter, you should have spoken with a company representative to discuss your concerns and provide you with a resolution or a date by which the company expects to resolve your concern. **We have advised the company to reach a resolution with you as soon as possible.**

    If you have questions regarding the company's response to you, please contact the designated senior staff person at National Grid - Metro Ny. If the company has not contacted you with its initial acknowledgement, does not resolve your concern within two weeks or by the date it promised a resolution, or if you are dissatisfied with the company's response, you should contact us at 1-800-342-3377 for a complete investigation of the matter. **If you report back to us that you are dissatisfied with the company's response, we will initiate an investigation and report our findings to you.**

    If you have any questions regarding this process, please contact our office at 1-800-342-3377 and refer to Case Number 524755. Interpretation services are available.

Sincerely,

*Sangeetha K.*
Office of Consumer Services

**PLEASE NOTE:** If you are not satisfied with the response you receive from National Grid - Metro Ny, please contact us at 1-800-342-3377 for an investigation.

New York

July 11,2015

To: the United States Government

Classification : Postal Inspector

I understand , that when it comes to Williamsburg and Bedford Stuyvesant area there is cover-up, retaliation, stealing of evidence, for the September 11 organization, Al Quaida , pulling sun, set up fire with lightening strike from space satellite when they suspected " INVESTIGATION"

IN ALL CONFIDENTIALLITY , I would like to tell you , that they steal immigration papers, motor vehicle identification, smell of human bodies in decomposition,

For the population they sell for trade and execution, their infiltration and trap to get search warrant for eviction in the multi millions brown stones houses , harassment 24/7 is a nuclear weapon specialist job done with the same sequence of the September 11, attack, when they dropped the plane and attack the pentagon at the same day

They have no criminal record as mass murderer, they are not drug dealer because

The owner of the drug plantation all over the carribean is the Israeli jews to make oil ... I heard on radio and jewish Israeli millennium television station .

They are not on identification thief, however when they victims reach the shelter they have to hand over their identification before sleeping on the one spoon of cocaine hidden between the matresses for kidnapping type operation "CONDOR"

With mousse trap one spoon of cocaine under the matress more than two hundred can be abducted if they are too tired to check before they go to sleep thinking they are in an American Shelter therefore "TRUST OUR GOVERNMENT"

When they reach pier one to ten they make them feel good , promise them a job, clean life, by twenty for hours of wait on the island they are flush, at the time to move their activity daily living called "Bowel Movement" under prison population

Control direction

Their rubeo nucleic acid become mosaic, no dental record match , their teeth can come out easily with medication like Dilantin ... root and pull out no excessive force in use , like me , the City said to the Federal hearing, she has a history of family violence ... like all the American manipulated

Please I know you can read and trace the person who wrote to you, and return my stolen papers in the post office to me

I refuse to sign... trace when I drop this mail... you are competent... I am mentally ill criminally insane ...

STOP THE KIDNAPPING / BY RAID WITH EVIDENCE ADDED AND REMOVED /THE DICTIONNARY DEFINED RAID ... AS A GROUP OF THIEVES another word for community.

STOP THE RAID OF INNOCENT CHURCHES AND ATTACK THE GOSPEL CRUSADE TO MEET WITH YOUR EQUAL CRUSADE

Honorable , Judge.
The Bedford Stuyvesant army, by the super who have fake license himself to register 2 of his cars, a Black Mercedes and a mini van blue, stole all my documents including the white Post office receipt of the money order I bought on camera, a Chinese clerk, then I spoke to the supervisor about my certified letter they stole, a crow of people who were in the Post office July 2, 2015 Before 12 Noon — should the thieves manipulated the Post-office camera

thing was an Homeless girl in front of the M-
Donald who came when I entered the Post office
I am not computer literate enough to pro-
duce many codes, as the Post office placed on the
me with National Grid. Post office receipt attached
I Do not have to reside. The effects of terrorism that
acted by Red Paint, then relied to Haiti
He can be found in the Compass (adjusts
Chambers in Haiti)
when I attempted to take a computer class
in Haiti the school noticed for their sexual
system, because I am from the United States.
May be she is a spy - IT IS minor on
Not knowing that Anie 1989 I am not Payless.
his treatment, Brain washing, Homeless; —
the Army in Bedford Stuyvesant Section SS
searched me daily, removed my order's police
my father picture was about to be removed
with military tactic. the same wary the dead of
the House and earth certificates was removed
Burglar and manipulated. by Army.
I told the judge, the Building manager, they are
not afraid. Yesterday the Sheriff is on fair
defense said. She not have to be arrested
their operation is everywhere fighting
British tender / Native of America
when I called 311 - I am harassing them
yesterday I told them the Sugar got for
a. (What I eat also affects bodily)

The city said: "oh it is confusing... like they did not expect their soldier, the Super to be on Homely Papers sold." Identification thief.

I Do Not Buy or sell drugs or Documents - I Do not Know How to fabricate documents - I am Being falsely accused and trapped to Cover-up their money making system: I heard...

$ 10.000 dollars Naturalization wedding
$ 300 Motor vehicule
$ 500 Green card
$ 1.200 to replace social security card
$ 5.000 to become U.S. citizen
$ 5.000 for state Board Examination given 12 midnight not Corrected Examination schedule 9 Am By Phillippino Mafia

And SO ON... Marie Lourdes Banks - Gervais Never have any money to buy, or sell, papers - My Brain, My Vagina gave me my Papers - Application in state, city, Federal U.S. offices with picture and finger prints - Thanks God, my Thumb finger print did not get manipulated with Finger stick for diabetic - I want Justice. My son foot print and my finger prints are on Long Island Jewish Hospital Records.          Marie L. Banks.

New York

June 7, 2015

The Honorable President of the United Nation Organization

And the President of the Republic of Haiti

Honorable (s)

Greetings, Indeed, I would like to bring to your attention the meaning of the word "HAITI"

And the quote of the third world leader in his book " MEMORY OF A THIRD WORLD LEADER,

Haiti and the African PROBLEM"

The fews natifs left on the Island, located in America Continent specially the REDSKIN ( Brittish /mixed with Native ) are subject to execution for the land without a court hearing with false accusation, name change, trade, like my two uncles Paul and Hubert Banks.

Myself, I had to run away from the Island because of diffamation, false accusation from a little Guinean tribe staged in Cap- Haitien, Haiti

Without mentioning the occupant of the south, Syrian Army, base.

My family get accused, without mercy, manipulated, labelled regardless of their childhood age until they get killed example my brother Peguy Banks.

Now my sister, Carolle Banks – Garland, an innocent woman, serious in personality is scheduled to go, by the Mayor office staff of Cap-Haitien, Haiti for the house, her husband

Gabriel Garland, living in the Bahamas builded for her and the children

On both side she is a native American ... mother, father, we shared the same father

Her mother Odiani is a marabout, her father was Brittish blood mixed with native of Haiti

She lives on the hill, behind the old jail of Cap- Haitien, in the section of Queen Anacaona

Tribe, she is facing, order to get out of her property by an organization of African claiming to be Haitians ruling Haiti as black SS German Soldiers with a no limit cruaulty.

Please, she needs a place to sleep, I am sending her picture to you, for help and Investigation on her body where about for the land.

Thank you. The group cross over the border and did a legal massacre in the United States.

Please give her protection for her and her children under the United Nation Chartre of the world relative to Habitat for the Native.

Thank You

*Marie L Banks*

Marie Lourdes Banks

194 Malcolm-X Blvard Apt B3

Brooklyn, New York 11221

Copy mailed to : Haiti President, Mr Michel Martelly

        The Mayor Office of Cap- Haitien, Haiti

        The Haitian Consulate in NEW York

        The Brittish Consulate in Turk and Caicos Island

        The United Nations Mission in Cap- Haitien, Haiti

        The Human Rights Organization in Switzerland

        The Haitian National Police in Cap- Haitien, Haiti

        To Mrs Carolle Banks Garland and children

        To the Bureau of Native American, Washington, D.C.

        To the Brittish Consulate in New York for Mr Gabriel Garland